**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  NATALIA N CHEBOTAR | ) | Case No. 23 B 03454 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

   **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for May 15, 2023 10:30 am, for the following:

   Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. §§ 521(a)(1) (B)(i).  Debtor to amend schedule G and section 6.1 of the plan to include debtor's residential lease information.

   **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: April 21, 2023

/s/ Thomas H. Hooper
_____

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

RE:  NATALIA N CHEBOTAR                )          Case No. 23 B 03454
                                       )
                                       )          Chapter 13
                                       )
        Debtor(s)                      )
                                       )          Judge: JACQUELINE P COX

**CERTIFICATE OF SERVICE**

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN                              (via CM/ECF)
*Attorney for Debtor*


Patrick Layng                              (via CM/ECF)
United States Trustee


NATALIA N CHEBOTAR                         (via U.S. Postal Service)
2 THE COURT OF BAYVIEW
NORTHBROOK, IL 60062
*Debtor*


Dated: April 21, 2023                      /s/ Chris Domann
                                           _____

                                           Chris Domann
                                           Office of the Chapter 13 Trustee
                                           55 E. Monroe St., Suite 3850
                                           Chicago, IL 60603
                                           (312) 294-5900